# ELECTRONIC RECORD

COA #    02-12-00629-CR                    OFFENSE:    29.03

STYLE:  Juan Manuel Deleon v. The State of Texas            COUNTY:    Tarrant

COA DISPOSITION:    AFFIRMED            TRIAL COURT:    Criminal District Court No. 2

DATE: 08/14/14            Publish: NO    TC CASE #:    1285696R

# IN THE COURT OF CRIMINAL APPEALS

STYLE:  Juan Manuel Deleon v. The State of Texas            CCA #:    1338-14

_____APPELLANT'S_____ Petition            CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:            DATE:    _____

_____REFUSED_____            JUDGE:    _____

DATE: _____01/14/2015_____            SIGNED: _____        PC: _____

JUDGE: _____Per Curiam_____            PUBLISH: _____        DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**